UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT
SYSTEM, ET AL.

VERSUS

EISNERAMPER, LLP, ET AL.

CIVIL ACTION

NO. 14-182-SDD-SCR

### RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated August 18, 2015. Plaintiffs have filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Motion to Remand*[4] filed by the Plaintiffs is denied.

Baton Rouge, Louisiana the 14 day of September, 2015.

Shelly D. Dick
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.
[4] Rec. Doc. 10.